UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Bayview Loan Servicing, LLC</u>

            v.         Civil No. 06-cv-7-JM

<u>Gerard Hamanne</u>


ORDER OF DISMISSAL


In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

 SO ORDERED.

April 5,   2007         <u>/s/ James R. Muirhead</u>
                  James R. Muirhead
                  United States Magistrate Judge


cc: Gordon Rehnborg, Jr., Esq.
   Christopher Matheson, Esq.
   John Barker, Esq.
   Paul Michienzie, Esq.
   Richard Demerle, Esq.